# Court of Appeals, State of Michigan

## ORDER

In re Randall/Hurkes Minors

Docket No. 342097

LC Nos. 2013-000343-NA; 2014-000054-NA; 2017-000198-NA

Cynthia Diane Stephens
Presiding Judge

Douglas B. Shapiro

Michael F. Gadola
Judges

The Court orders that the July 31, 2018 order that accompanied this Court's opinion issued the same day is hereby AMENDED to correct typographical errors. The name Randal is replaced with Randall in the title of the order. The order also contained an error in the reference to the date of the order terminating parental rights. The first sentence of the order is amended to read:

Pursuant to the opinion issued concurrently with this order, the Court orders that the January 11, 2018 order terminating parental rights is VACATED, and this matter is REMANDED to the Family Division of the Macomb Circuit Court solely for the family court to make findings concerning the children's best interests and to enter a final order based on those findings.

In all other respects, the July 31, 2018 order remains unchanged.

/s/ Cynthia Diane Stephens

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

AUG 2 3 2018

Date

Chief Clerk